UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:12-CR-130-T-17-AEP

JOSE ISABEL ARREOLA PLANCARTE

**ORDER DECLARING A FORFEITURE OF BOND**

The above-styled case is set before the court upon the government's motion for declaration of forfeiture of bond.

After a review of the record, it appears that the defendant, by failing to meet the conditions of release has breached conditions of his bond.

IT IS THEREFORE ORDERED that the government's motion for declaration of forfeiture of bond is GRANTED and the sum of the bond in the amount of $50,000.00, which was secured by the following properties:

- Cherokee St, Lot 35, Block 515, 111h Add to Port Charlotte, Florida;
- Landrum St., Lot 39, Block 590, 18th Add to Port Charlotte, Florida;
- 5865 Cassanova Avenue, North Port, Florida; and,
- 911 31st Street Avenue East, Bradenton, Florida;

is immediately due and payable.

By this Order, those properties are hereby forfeited.

DONE AND ORDERED THIS 14th day of November, 2012, in Tampa, Florida.

ANTHONY E. PORCELLI
United States Magistrate Judge

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE