UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

CASE NO. 8:12-cr-130-T-17AEP

v.

JOSE ISABEL ARREOLA PLANCARTE,
Defendant,

and

Juana Aleman, as surety for Jose Isabel Arreola Plancarte

## DEFAULT JUDGMENT

THIS CAUSE is before the court on the Government's Motion for Default Judgment. On November 14, 2012, this Court, upon motion of the government, entered an order declaring forfeiture of the following bond posted by or on behalf of the defendant: an appearance bond secured by property, posted by the defendant and Juana Aleman, in the amount of $50,000. Doc. 46. Forfeiture of the above-referenced bond has not been set aside. Upon consideration of the Government's Motion for Default Judgment and the Court being otherwise fully advised in the premises, it is hereby ORDERED that the Government's Motion for Default Judgment is GRANTED.

WHEREFORE, judgment is hereby rendered in favor of the plaintiff, United States of America, and against Juana Aleman in the amount of $50,000 for which let execution issue; and

WHEREFORE, judgment is hereby rendered in favor of the plaintiff,

United States of America, and jointly and severally against JOSE ISABEL ARREOLA PLANCARTE in the amount of $50,000 for which let execution issue; and

WHEREFORE, interest shall accrue at the legal rate of __.15__ percent from the date of judgment until paid in full.

ADJUDGED and so ORDERED this __7th__ day of February, 2013, in Chambers at Tampa, Florida.

ELIZABETH A. KOVACHEVICH
United States District Judge

cc: Sheryl L. Loesch, Clerk, United States District Court
Suzanne Nebesky, Assistant United States Attorney